CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 003780
**FENNEMORE CRAIG JONES VARGAS**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JACK L. STAPLETON a/k/a JACKIE L. STAPLETON, <br><br> Defendant. | Case No: 2:07-cv-00620-PMP-GWF <br><br> **ORDER** |

This Court, having considered Plaintiff's Affidavit of Renewal of Judgment (#25), and good cause otherwise appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment (#24) in favor of Plaintiff, BELLAGIO, LLC, and against Defendant, JACK L. STAPLETON a/k/a JACKIE L. STAPLETON, is hereby renewed and extended for six years from November 1, 2013 (the date Plaintiff filed its Affidavit of Renewal of Judgment).

DATED: November 5, 2013

_____
United States District Judge

Respectfully submitted by:
**FENNEMORE CRAIG JONES VARGAS**

By: _____
CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 3780
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

# # #

DMAUL/8602599.1/026221.0008